966 A.2d 549

COMMONWEALTH of Pennsylvania, Respondent

v.

William PIERCE, Petitioner.

Supreme Court of Pennsylvania.

Feb. 18, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 18th day of February, 2009, the Petition for Allowance of Appeal is hereby **DENIED.** Counsel's request for leave to withdraw is granted.